UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUNGLE JAVA, INC.,

       Plaintiff,                          No. 2:11-cv-12159
                                                  HON. GEORGE CARAM STEEH

vs.


PLAYGROUNDS, LLC., et al.,

       Defendants.

_____/

ORDER RECOGNIZING BANKRUPTCY STAY AS TO DEFENDANT LISA CLARKSON

      On June 20, 2011, the court was notified that defendant Lisa Clarkson filed a Chapter 7 petition with the United States Bankruptcy Court for the Southern District of Texas, Houston Division. The Bankruptcy Code imposes an automatic stay as to the defendant Lisa Clarkson pursuant to 11 U.S.C. § 362.

      Accordingly,

      The bankruptcy stay prevents further prosecution of the above-captioned matter against defendant Lisa Clarkson only.

      SO ORDERED.

Dated: July 19, 2011

                                                 S/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 19, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk