UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUNGLE JAVA, INC., a Michigan corporation,

    Plaintiff,

                                    Case No. 11-cv-12159-GCS-MKM
                                    Hon. George Caram Steeh

v.

PLAYGROUNDS LLC, a Michigan limited liability company, ERIC YELSMA, an individual, SHELLY YELSMA, an individual, GAVIN CLARKSON, an individual, LISA CLARKSON, an individual, MOCHA MOUNTAIN LLC, a Michigan limited liability company, and WILLIAM CONLIN, an individual,

    Defendants.

---

| | |
|---|---|
| BUTZEL LONG, a professional corporation | Jeffery D. Meek & Associates |
| By:  Paul R. Fransway (P37900) | By:  Jeffery D. Meek (P30624) |
|     Bernard J. Fuhs (P69621) | 38705 W. 7 Mile Rd – Suite 400 |
| 350 S. Main Street, Suite 300 | Livonia, MI 48152 |
| Ann Arbor, MI 48104 | (734) 953-0200 |
| (734) 995-3110 | Jeffery.meek@tds.net |
| Attorneys for Plaintiff | Attorney for Defendant William Conlin |
| fransway@butzel.com | |
| fuhs@butzel.com | |

---

**ORDER OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION
AGAINST DEFENDANTS PLAYGROUNDS, LLC, ERIC YELSMA,
<u>SHELLY YELSMA, GAVIN CLARKSON AND MOCHA MOUNTAIN, LLC</u>**

      In accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon the Plaintiff's Motion for Entry of Default Judgment, a default judgment is hereby entered against Defendants Playgrounds, LLC, Eric Yelsma, Shelly Yelsma, Gavin Clarkson and Mocha

Mountain, LLC in the principal amount of $44,632.24, plus interest from the date of demand. Defendants are also permanently enjoined from, directly or indirectly:

1. Owning, maintaining, advising, operating, engaging in, being employed by, making loans to, or having any interest in or relationship or association with a business which offers the same or similar products or services as those offered by Jungle Java, and which is located: (i) at the location of the Franchised Store (3900 Jackson Road, Ann Arbor, Michigan 48103); or (ii) within a twenty mile radius of the Franchised Store, for two (2) years from the date of this Court's order;

2. Using or disclosing any of Jungle Java's confidential, proprietary or trade secret information or property;

3. Using the JUNGLE JAVA Marks or any trademark, service mark, logo or trade name that is confusingly similar to the JUNGLE JAVA Marks;

4. Otherwise infringing the JUNGLE JAVA Marks or using any similar designation, alone or in combination with any other components;

5. Passing off any their products or services as those of Jungle Java or Jungle Java authorized franchisee;

6. Causing a likelihood of confusion or misunderstanding as to the source or sponsorship of their business, products or services;

7. Causing a likelihood of confusion or misunderstanding as to their affiliation, connection or association with Jungle Java and its franchisee or any of Jungle Java's products or services; and

8. Otherwise unfairly competing with Jungle Java or its franchisees, in any manner.

3

Further, it is ordered that Defendants must pay all costs, expenses and reasonable attorneys' fees associated with the enforcement and collection of this Judgment.

s/George Caram Steeh
United States District Judge

Dated:  November 21, 2011